IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:12-cv-339-TMH |
| | ) | [wo] |
| ABC BOARD OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On April 18, 2012, the Magistrate Judge filed a Recommendation in this case that

the charges against Defendants the Alabama Alcoholic Beverage Control Board, the Troy

Police Department, and the Pike County Sheriff's Department be dismissed in accordance

with 28 U.S.C. § 1915(e)(2)(B)(i), that the challenge to the constitutionality of the bail

amount be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), that the

claim of false imprisonment be dismissed pursuant to the provisions of 28 U.S.C. §

1915(e)(2)(B)(i), and to dismiss the case prior to the service of process based on 28

U.S.C. § 1915(e)(2)(B)(i) and (ii).  (Doc. 4).  Wherefore, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge

be and is hereby ADOPTED, that Plaintiff's complaint against the Alabama Alcoholic

Beverage Control Board, the Troy Police Department, and the Pike County Sheriff's

Department is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the

challenge to the constitutionality of the bail amount is DISMISSED without prejudice

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), that the claim of false imprisonment be dismissed without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and that this case be DISMISSED prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

DONE this 30th day of May, 2012.

_/s/ Truman M. Hobbs_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE